# UNITED STATES DISTRICT COURT
for the

Hartford District of Connecticut

CIVIL Division

| | |
|---|---|
| Sue Anne Anderson Owner and<br>Opal Greenfield, Gary Bowen Buyer<br>11 White Birch, Bloomfield CT 06002<br>Loan # 1424143160<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br><br>-v-<br><br>MGC Mortgage<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 3:19cv1518 AWT<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*   ☒ Yes   ☐ No |

FILED-USDC-CT-HARTFORD
SEP 26 2019 PM2:29

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Sue Anne Anderson, Opal Greenfield |
| Street Address | 11 White Birch |
| City and County | Bloomfield |
| State and Zip Code | CT, 06002 |
| Telephone Number | 212-858-0182 |
| E-mail Address | Loan # 1424143160 |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | MGC Mortgage |
| Job or Title *(if known)* | Short Pay Department |
| Street Address | 1 Corporate Drive Suite 360 |
| City and County | Lake Zurich |
| State and Zip Code | 60047 |
| Telephone Number | 1-877-471-7888 |
| E-mail Address *(if known)* | Loan # 1424143160 |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | Loan # 1424143160 |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Violation of DOBB FRANK ACT

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Sue Anne Anderson, Opal Greenfield , is a citizen of the State of *(name)* Rhode Island and Connecticut .

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* MGC Mortgage , is a citizen of the State of *(name)* Illinois . Or is a citizen of

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*(foreign nation)*

  b. If the defendant is a corporation

   The defendant, *(name)* MGC Mortgage, is incorporated under the laws of the State of *(name)* Illinois, and has its principal place of business in the State of *(name)* Illinois

   Or is incorporated under the laws of *(foreign nation)*

   and has its principal place of business in *(name)*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

 3. The Amount in Controversy

  The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

  $180,000.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Violation of DOBB FRANK ACT, the defendant staff has given a verbal and written APPROVAL of SHORT SALE to fully accept the $180,0000 purchase price of 11 White Birch, Bloomfield CT 06002
Loan # 1424143160 but has failed to provide the Real Estate Closing Attorney the accepted pay-off wiring instructions to complete this purchase as required under the DOBB FRANK ACT.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Relief required under DOBB FRANK ACT is MGC Mortgage provides the ACCEPTED $180,000 SHORT SALE Pay-Off wiring instruction to complete this purchase with no further wasted time. As to prevent this illegal foreclosure and further Violatation of DOBB FRANK ACT.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/26/2019

Signature of Plaintiff: PRO SE

Printed Name of Plaintiff: PRO SE Sue Anne Anderson, Opal Greenfield, Gary Bowen

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address